UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HUERTA, Administrator, Federal Aviation Administration, | ) ) ) | |
| Petitioner, | ) ) ) | No.   13 C 8529 |
| v. | ) ) | Judge Norgle |
| SKYPAN INTERNATIONAL INC., | ) ) | |
| Respondent. | ) | |

## PETITIONER'S EX PARTE MOTION FOR AN ORDER TO SHOW CAUSE

The United States of America, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, for the reasons stated in its Petition for Summary Enforcement moves this court for An Order to Show Cause why the respondent should not be compelled to obey the FAA administrative subpoena served on August 2, 2013.

A draft order has been submitted through the proposed order e-mail system.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Katherine E. Beaumont
KATHERINE E. BEAUMONT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7223
katherine.beaumont@usdoj.gov