IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HUERTA, Administrator, Federal Aviation Administration,<br><br>                  Petitioner,<br><br>  v.<br><br>SKYPAN INTERNATIONAL INC.,<br><br>                  Respondent. | Case No. 13-cv-08529<br><br>Honorable Judge Norgle |

**SKYPAN'S RESPONSE TO THE ORDER TO SHOW CAUSE**

NOW COMES Respondent Skypan International, Inc. ("Skypan") responds to this Court's Order to Show Cause entered on December 3, 2013 (Docket No. 6) as follows:

1. On December 3, 2013 this Court entered an Order to Show Cause on the FAA's *Ex Parte* Motion requiring Skypan to appear before the Court on January 10, 2014 to show cause why it should not be compelled to obey the Federal Aviation Administration's subpoena served on it August 2, 2013. (Dkt. 6).

2. On December 24, 2013, Skypan received a copy of the Show Cause Order together with the petition and exhibits filed by the Petitioner.

3. On January 10, 2014, Counsel for Skypan appeared before the Court to present Skypan's unopposed motion for an extension of time to respond to the Court's Order. (Dkt. 9). The Court granted Skypan's motion and extended the time for Skypan to respond to Order to February 18, 2014. (Dkt. 11).

4. On January 17, 2014, counsel for Respondent met personally with the Assistant U.S. Attorney as Counsel for the Petitioner to discuss the nature of the proceedings, the specifics of the requests for documents, and to describe Respondent's past contacts, communications and

cooperation with the FAA in connection with its unmanned aircraft operations which it conducted over the years.

5. At the meeting, Respondents' counsel advised FAA's counsel that Skypan officials had met with two FAA employees (Edward L. Ortiz and Scott E. Brown) at Skypan's offices in Chicago on September 16, 2013. At that meeting which lasted about 3 hours, FAA employees examined Skypan's RPV System, and were provided an explanation detailing its operation. Skypan described the operation of the aircraft, discussed Skypan's impeccable safety record, described Skypan's numerous communications with the FAA over the past 5 years concerning proposed rules and regulations, as well as Skypan's contribution to the ongoing work of FAA to draft and establish rules, regulations and guidelines for safe operation of unmanned aircraft. The FAA's Inspection Question Areas is attached as Exhibit A.

6. Contrary to the FAA's allegations of a refusal to comply with the subpoena, Skypan has sought to comply in a manner reasonably responsive to FAA's request, and reasonably believe it was doing so.

7. Skypan's principal objection to the FAA's subpoena is that it goes one bridge too far in seeking documents unrelated to the specific complaint investigations. Skypan reasonably believed, and advised the FAA that it believed that the FAA had already received a copy of all of the requested documents from Skypan's client, Macklowe Properties. At the meeting with FAA's counsel, Skypan was advised that the FAA wanted the documents concerning the Macklowe property regardless of their receipt from Macklowe. Skypan has now complied with that request.

8. Now, to the extent that FAA has clarified its request for documents Skypan has produced those documents.

- 3 -

9. On February 14, 2014, Skypan responded to the FAA subpoena issued by Petitioner and produced responsive documents. A true and correct copy of Skypan's response to Petitioner's subpoena is attached as Exhibit B.

WHEREFORE, because Skypan has complied with the request to respond to the subpoena issued by the FAA and produced relevant documents, Respondent respectfully request that the Court's Order to Show Cause be dismissed.

Respectfully submitted,

    /s/William L. Niro
William L. Niro (wniro@nshn.com)
Christopher W. Niro (cniro@nshn.com)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

*Attorneys for
Respondent SkyPan International, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2014, the foregoing **SKYPAN'S RESPONSE TO THE ORDER TO SHOW CAUSE** was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

Katherine E. Beaumont
Assistant United States Attorney
Northern District of Illinois
219 S. Dearborn, Suite 500
Chicago, Illinois 60604
Tel: (312) 353-7223
Fax: (312) 886-4073
Katherine.Beaumont@usdoj.gov
Tel: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Plaintiff, Michael Huerta,*
*Administrator, Federal Aviation Administration*


I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                            */s/William L. Niro*
                             Attorneys for SkyPan International, Inc.