IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HUERTA, Administrator, Federal Aviation Administration,<br><br>                      Petitioner,<br><br>   v.<br><br>SKYPAN INTERNATIONAL INC.,<br><br>                      Respondent. | Case No. 13-cv-08529<br><br>Honorable Judge Norgle |

## SKYPAN INTERNATIONAL'S NOTICE OF SERVICE OF SUPPLEMENTAL RESPONSE TO SUBPOENA AND OUTSTANDING REQUESTS FOR DOCUMENTS

Respondent, Skypan International, Inc. ("Skypan") hereby notifies this Court that Skypan has served its Supplemental Response to Petitioner's Subpoena and has served responsive documents to Petitioner's outstanding requests for documents pursuant to this Court's April 4, 2014 Order, Dkt. No. 17.

                                                        Respectfully submitted,

                                                        */s/ William L. Niro*
                                                        William L. Niro (wniro@nshn.com)
                                                        Christopher W. Niro (cniro@nshn.com)
                                                        NIRO, HALLER & NIRO
                                                        181 West Madison Street, Suite 4600
                                                        Chicago, Illinois 60602
                                                        Tel.:    (312) 236-0733
                                                        Fax:   (312) 236-3137

                                                        *Attorneys for SkyPan International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 30, 2014 the foregoing

**SKYPAN INTERNATIONAL'S NOTICE OF SERVICE OF SUPPLEMENTAL RESPONSE TO SUBPOENA AND OUTSTANDING REQUESTS FOR DOCUMENTS**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

>Katherine E. Beaumont
>Assistant United States Attorney
>Northern District of Illinois
>219 S. Dearborn, Suite 500
>Chicago, Illinois 60604
>Tel:   (312) 558-5600
>Fax:   (312) 558-5700
>Katherine.Beaumont@usdoj.gov
>
>*Attorneys for Plaintiff, Michael Huerta,*
>*Administrator, Federal Aviation Administration*

>>*/s/ William L. Niro*
>>Attorneys for Skypan International, Inc.