IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HUERTA, Administrator, Federal Aviation Administration, | |
| Plaintiff, | Case No. 13-cv-08529 |
| v. | Honorable Judge Norgle |
| SKYPAN INTERNATIONAL INC., | |
| Defendant | |

### RESPONDENT'S MOTION FOR LEAVE TO FILE SUR-REPLY

Respondent, Skypan International, Inc. ("Skypan") respectfully requests this Court to grant it leave to file the attached Sur-Reply to the Petitioner's Reply in Support of its Motion for an Order to Show Cause.

A Sur-Reply is necessary in this instance because Petitioner has claimed and argued that Respondent should be held in contempt based on speculation and assumptions of fact and not true facts. Respondent's Sur-Reply is intended to provide the Court with accurate information.

For example, in his Reply Petitioner states that photographs published on Petitioner's website ". . . include <u>unmanned</u> aerial photographs of Millenium Park, Chicago, Lake Shore Drive, Downtown Chicago, the Carbon and Carbide building on "Chicago's Magnificent Mile," Central Park, New York City, Midtown Broadway, New York City and the United Nations, New York City" (Petitioner's Reply, Doc. 25 at p. 2 (emphasis added)). That statement is factually incorrect. None of the photos displayed on Petitioner's website were taken with an unmanned aerial vehicle. All of the photos were taken from stationary locations or a manned helicopter operated by licensed pilots in accordance with all FAA regulations. (Decl. of Mark Segal, ¶¶4-5, Exhibit 2 to Sur-Reply).

- 2 -

In addition, Petitioner asserts that "Class B airspace includes *all* of Chicago and the *entire* New York City metropolitan area," (Petitioner's Reply, Doc. 25, p. 2). That assertion is, likewise, inaccurate and appears to be contradicted by Petitioner's own evidence.

Consideration of Respondent's Sur-Reply is necessary in order to allow the Court to have an accurate factual basis to decide the Petitioner's Motion for an Order to Show Cause. Respondent has attached its Sur-Reply.

WHEREFORE, Respondent respectfully requests this Court grant Skypan leave to file the attached Sur-Reply.

Respectfully submitted,

*/s/ William L. Niro*
William L. Niro (wniro@nshn.com)
Christopher W. Niro (cniro@nshn.com)
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Tel.:   (312) 236-0733
Fax:   (312) 236-3137

*Attorneys for SkyPan International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2014 the foregoing

## RESPONDENT'S MOTION FOR LEAVE TO FILE SUR-REPLY

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

>Katherine E. Beaumont
>Assistant United States Attorney
>Northern District of Illinois
>219 S. Dearborn, Suite 500
>Chicago, Illinois 60604
>Tel:    (312) 353-7223
>Fax:    (312) 886-4073
>Katherine.Beaumont@usdoj.gov
>
>*Attorneys for Plaintiff, Michael Huerta, Administrator, Federal Aviation Administration.*

>*/s/ William L. Niro*
>Attorneys for SkyPan International, Inc.
>NIRO, HALLER & NIRO