# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Michael Huerta

                        Plaintiff,

v.                                                  Case No.: 1:13−cv−08529
                                                     Honorable Charles R. Norgle Sr.

Skypan International Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 4, 2015:

      MINUTE entry before the Honorable Charles R. Norgle: Status hearing held on 2/4/2015. Skypan is ordered to file an affidavit of compliance. In Court hearing on compliance with subpoena is set for 3/20/2015 at 1:30 p.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.