UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HUERTA, Administrator, Federal Aviation Administration | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No. 13 C 8529 |
| v. | ) ) | Judge Norgle |
| SKYPAN INTERNATIONAL, INC. | ) ) | |
| Defendant. | ) | |

**THE FEDERAL AVIATION ADMINISTRATION'S
RULE 41(a)(1)(A)(i) STIPULATION OF DISMISSAL**

Plaintiff, Michael Huerta, Administrator of the Federal Aviation Administration, by his attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulates to the dismissal of this action.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Donald R. Lorenzen
    DONALD R. LORENZEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5330
    donald.lorenzen@usdoj.gov